```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
--------------------------------

EDGAR FIGUEROA, etc.,            :     2:13-CV-0452WJM

            Plaintiff,           :

      V.                         :

SELECT PORTFOLIO SERVICING       :
INC.,

            Defendant.           :

--------------------------------
```

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO L.Civ.R.41.1
(Dismissal of Inactive Cases)


PLEASE BE ADVISED:

This matter will be dismissed on July 1, 2013 unless good cause is shown with the filing of an affidavit, BEFORE the return date. If said affidavit has not been filed before the return date, counsel/litigant shall show good cause in writing why this action should not be dismissed for lack of prosecution.


                              WILLIAM T. WALSH,  CLERK

                         By:  s/Gail A. Hansen

                              _____

                              Gail A. Hansen, Deputy Clerk