Ryan L. Gentile
147 West 35th Street
Suite 1008
New York, NY 10001
Tel: 212-675-6161
Attorney for Plaintiff, Edgar Figueroa, and
all others similarly situated

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
EDGAR FIGUEROA,
 on behalf of himself and the class defined herein,

                    **AFFIDAVIT**

        Plaintiffs,

   v.

SELECT PORTFOLIO SERVICING, INC.

        Defendant.
-------------------------------------------------------X

    Ryan Gentile, Attorney for Edgar Figueroa on behalf of himself and the class defined herein, hereby states as follows:

1. Plaintiff and Defendant have agreed upon a settlement.

2. The settlement was initially agreed upon verbally in April 2013.

3. The defendant approved a written stipulation of settlement on June 12, 2013. The stipulation was e-mailed to me the same date.

4. After reviewing the stipulation with my client and speaking with defendant's counsel the Plaintiff is going to sign the stipulation Saturday, June 29 2013.

5. After the stipulation is signed and the settlement payment is made I will be able to file a Notice of Voluntary Dismissal.

6. Wherefore it is respectfully requested that this case not be dismissed for lack of prosecution as a fully written settlement agreement will be executed by June 29, 2013.

Dated: New York, New York
June 25, 2013

                    **The Law Offices of Gus Michael Farinella, PC**

                    /s/ Ryan Gentile
By:_____
    Ryan Gentile (RG0835)
    Attorney for Plaintiff
    147 West 35th Street
    Suite 1008
    New York, NY 10001
    Tel: (212) 675-6161
    Fax: (212) 675-4367
    rlg@lawgmf.com